IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1112-AP**

**ANDREW A. BARAJAS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## AMENDED ORDER
*(correcting document number of Motion to Reopen)*

Kane, J.

Defendant's Opposed Motion to Reopen (doc. #**10**), filed November 4, 2008, is DENIED.

This civil action remains remanded to Defendant for a *de novo* hearing as requested in the original Motion for Remand.

Dated: November 10, 2008.

                          BY THE COURT:

                          *S/John L. Kane*
                          JOHN L. KANE, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT